UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES JOVAN HARRIS,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>State of Nevada, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.  3:23-cv-00358-RCJ-CLB<br><br>ORDER |

**I.　DISCUSSION**

On April 19, 2024, the Court issued an order setting a date for the parties to participate in a mediation conference. (ECF No. 13). However, the order came back as undeliverable to the address that Plaintiff provided the Court. (ECF No. 15). According to the Nevada Department of Corrections inmate database, Plaintiff is currently housed at Northern Nevada Correctional Center.

Pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.

The Court will direct the Clerk of the Court to send a courtesy copy of this order, and the Court's previous order, to Plaintiff at Northern Nevada Correctional Center. Plaintiff shall file a notice of his current address with this Court no later than **May 26, 2024**. If Plaintiff does not file his current address with the Court by that deadline, this case will be subject to dismissal without prejudice.

**II.　CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his current address with the Court by **May 26, 2024**.

1

1    IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

The Clerk of the Court is directed to send a courtesy copy of this order, as well as the Court's previous order setting the mediation conference (ECF No. 13) to Plaintiff at Northern Nevada Correctional Center.

DATED THIS 26th day of April 2024.

_____
UNITED STATES MAGISTRATE JUDGE