UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES JOVAN HARRIS,<br><br>Plaintiff<br><br>v.<br><br>STATE OF NEVADA, *et. al.*,<br><br>Defendants. | Case No. 3:23-CV-00358-ART-CLB<br><br>**ORDER DIRECTING PLAINTIFF TO FILE CHANGE OF ADDRESS** |

Since April 2024, several documents in this case have been returned as undeliverable to Plaintiff. (*See* ECF Nos. 14, 17, 20, 22.) According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff has been paroled and is thus no longer incarcerated with the NDOC. However, Plaintiff has not filed an updated address with this Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number…. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1. This Court grants Plaintiff 30 days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within 30 days from the date of entry of this order, the Court will recommend dismissal of this action without prejudice.

Accordingly, **IT IS ORDERED** that Plaintiff shall file his updated address with the Court within **30 days** of the date of this order.

**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely comply with this order, the Court shall recommend dismissal of this case without prejudice.

**DATED**: August 19, 2024.

UNITED STATES MAGISTRATE JUDGE